IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY L. ROBINSON

vs.                                        5:11cv138/SPM/CJK

UNITED STATES OF AMERICA

## REPORT AND RECOMMENDATION

This matter is before the court upon plaintiff's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Plaintiff challenges his sentence on the grounds that he did not receive credit for time served in state custody. Plaintiff also challenges his conviction on double jeopardy grounds. Plaintiff was convicted of failure to register as a sex offender, in the United States District Court for the Southern District of Georgia (doc. 1). Plaintiff seeks review in this court because he resides in this district and because the Southern District of Georgia dismissed a previously filed petition under section 2255.

A section 2255 motion is properly brought in the district of conviction, *see* 28 U.S.C. § 2255(a). Accordingly, defendant's motion should be transferred to the United States District Court for the Southern District of Georgia.

Based on the foregoing, it is respectfully RECOMMENDED:

The motion to vacate, set aside, or correct sentence and accompanying pleadings be TRANSFERRED to the United States District Court for the Southern District of Georgia.

At Pensacola, Florida, this 12th day of May, 2011.


*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).