IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY L. ROBINSON,

    Plaintiff,

vs.                                       CASE NO.: 5:11-cv-138-SPM-CJK

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 4).  Plaintiff has been mailed a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 4) is *adopted* and incorporated by reference in this order.

2.     The Motion to Vacate (doc. 1) is *transferred* to the United States District Court for the Southern District of Georgia.

3.     The clerk is directed to close the file.

DONE AND ORDERED this fifteenth day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge